IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOLANDA MARSHALL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-973 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) JUDGE AMBROSE |
| | ) *(Electronic Filing)* |
| Defendant. | ) |

O R D E R

AND NOW, to wit, this 22 day of Jan, 2008, upon review and consideration of the Unopposed Motion to Remand to Commissioner, heretofore filed by Defendant, Commissioner of Social Security Administration, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that this case is hereby remanded pursuant to the sixth sentence of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3).

*Donetta W. Ambrose*
UNITED STATES DISTRICT JUDGE

cc: All counsel of record